# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143975(71)

ALICIA YOUNG,
      Plaintiff-Appellant,

v

      SC: 143975
      COA: 299192
      Oakland CC: 2010-109553-CH

INDEPENDENT BANK and INDEPENDENT
MORTGAGE COMPANY,
      Defendants-Appellees.
_____/

      On order of the Court, the motion for reconsideration of this Court's April 23, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

d0716